## PROVIDENCE OIL & GAS CO. V. GARBER.
(Decided Dec. 14, 1910.)

APPEAL from Jefferson Chancery Court.

Heard before Hon. A. H. BENNERS.

J. L. DAVIDSON, and SMITH & SMITH, for appellant. FRANK S. WHITE & SONS, for appellee.

Per curiam.　Dismissed on ·motion of appellant.

---

## RITTENBERRY, ET AL. V. BEDDOW.
(Decided Dec. 8, 1910.)

APPEAL from Birmingham City Court.

Heard before Hon. CHARLES H. SENN.

J. S. KENNEDY, and ARTHUR L. BROWN, for appellant.　C. P. BEDDOW, pro se.

Per curiam.　Affirmed on certificate.

---

## RIVENAC CONSTRUCTION CO. V. KINNEY.
(Decided June 29, 1911.)

APPEAL from Cullman Circuit Court.

Heard before Hon. D. W. SPEAKE.

GASTON & PETTUS, for appellant.　J. B. BROWN, for appellee.

SAYRE, J.—Reversed and remanded on the authority of *Oliver v. Kinney, infra;* 56 South. 203.

SIMPSON, ANDERSON and SOMERVILLE, JJ., concur.

---

## SPANGLER V. ODOM, ET AL.
(Decided Jan. 12, 1911.)

APPEAL from Lawrence Chancery Court.

Heard before Hon. W. H. SIMPSON.

ALMON & ANDREWS, for appellant..　KIRK, CARMICHAEL & RATHER, for appellee.

Per curiam.　Appeal dismissed on motion of appellant.